516 A.2d 705

**S.N.T. INDUSTRIES, INC., a corporation, and Stephen P. Stavros and Tula Stavros, Appellees,**

v.

**Clifford T. GEANOPULOS and Thomas Geanopulos, individuals, the Doggery, Inc., a corporation and Nicholas Geanopulos, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1986.

Decided Nov. 3, 1986.

Stephen J. Harris, Litman Litman Harris Portnoy and Brown, P.A., Pittsburgh, for appellants.

Louis C. Long, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for appellees.

Before NIX, C.J., and FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER OF COURT

PER CURIAM

The Order and Opinion of the Superior Court is reversed and this matter is remanded to that Court for disposition on the merits.

LARSEN and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.